ANTHONY FORTUGNO, PLAINTIFF-APPELLANT, v. ALFRED FORTUGNO, ESTATE OF ADELINE FORTUGNO, DECEASED, AND CONCETTA F. RUBLE, DEFENDANTS-RESPONDENTS v. ARTHUR FORTUGNO, ANNE F. CAMP, ESTATE OF DANIEL FORTUGNO, DECEASED, AND ESTATE OF SILVIA FORTUGNO, DECEASED, DEFENDANTS-RESPONDENTS.

Argued January 21, 1974—Decided February 5, 1974.

*Mr. Lewis M. Holland* argued the cause for plaintiff-appellant (*Chasan, Leyner, Holland and Tarleton,* attorneys.)

*Mr. Adrian M. Unger* argued the cause for defendants-respondents (*Messrs. Milton M. and Adrian M. Unger,* attorneys.)

PER CURIAM. This matter having come before the Court on the cross-petition for certification of plaintiff Anthony Fortugno to review that part of the judgment of the Appellate Division which in effect determined that plaintiff had no legal right to assert a defense of settlement, release and accord and satisfaction to defendants' counterclaim of set-off (which counterclaim was based on the July 18, 1957 order of the trial court that plaintiff pay $68,163.33 to the liquidating Trustees of Hudson Manure Company) and that the establishment of such obligation to pay was *res adjudicata* in the cause,

And the Court having heard oral argument with respect to the foregoing and good cause appearing;

It is ORDERED that the cross-petition for certification is granted, and that part of the Appellate Division judgment heretofore referred to is reversed and the matter remanded to the trial court for a plenary trial on the merits of plaintiff's asserted defense to the counterclaim.

*For reversal and remandment*—Chief Justice HUGHES and Justices JACOBS, HALL, MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD—7.

*Opposed*—None.